# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 13, 2021

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR  72211

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR  72211

      RE:  21-2535  In re: Jewellean Moore, et al

Dear Mr. Carson and Ms. Moore:

      A petition for a writ and the motions for leave to proceed in forma pauperis has been filed under the referenced number.

      The petition will be submitted to a panel of judges, and you will be advised of the Court's ruling.

      Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

                         Michael E. Gans
                         Clerk of Court

CMH

Enclosure(s)

cc:    Ms. Tammy H. Downs
       Honorable D. Price Marshall

      District Court/Agency Case Number(s):  4:21-cv-00352-DPM

**Caption For Case Number:   21-2535**

In re: Jewellean Moore; Arthur Carson

       Petitioners

**Addresses For Case Participants:    21-2535**

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR  72211

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR  72211

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Honorable D. Price Marshall
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
B149
500 W. Capitol Avenue
Little Rock, AR  72201

IN THE UNITED STATES COURT OF APPEALS
EIGHTH CIRCUIT

In Re,

Jewellean Moore, and
Arthur Carson, Petitioner,

**21-2535**

FILED

JUL 1 3 2021

MICHAEL GANS
CLERK OF COURT

FROM THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PETITION FOR WRIT OF MANDAMUS

Jewellean Moore
11401 Mesa DR #232
Little Rock, AR 72211
Pro se
(501-2479150)

Arthur Carson
11401 Mesa DR #D232
Little Rock, AR 72211
Pro se
(501-2403437)

-i-

IDENTITY OF PARTIES:

1). Petitioner, Jewellean Moore, 11401 Mesa DR #D232, Little Rock ,AR 72211

2). Petitioner, Arthur Carson, 11401 Mesa DR # D232, Little Rock, AR 72211

3). Respondent, Hon. Judge D.P. Marshall, U.S. District Court, Eastern District of Arkansas, Central Division, 600 W. Capitol Ave., Rm 149, Little Rock, AR 72201

INDEX:

Identity of Parties, pg……..ii,

Index……..pg.ii,

The Relief Sought….pg.1,2,

Statement Of The Case…..pg.2,3,

Reason Why The Writ Should Be Granted...pg. 3,4,

Certificate of Service……...pg.5,

Appendix……..(Copy of Docket)

-ii-

IN THE UNITED STATES COURT OF APPEALS
EIGHTH CIRCUIT

IN RE,
JEWELLEAN MOORE, AND
ARTHUR CARSON,

PETITION FOR WRIT OF MANDAMUS

Comes Now the Petitioners, Jewellean Moore, and Arthur Carson, pursuant to Rule

21, Federal Rules of Appellate Procedures, and 28 U.S.C. 1651, brings This Their Petition

For Writ of Mandamus, and would like to show this Court the following:

I

"Extraordinary writs like mandamus are 'useful safety valves for promptly correcting serious

Errors.'" In re Lombardi, 741 F.3d 888,893(8th Cir. 2014)(en banc), quoting Mohawk Indus.,-

Inc. V. Carpenter, 558 U.S. 100, 111(2009).

II.

THE RELIEF SOUGHT:

1). The Writ of Mandamus seeks to compel the Respondent to Execute its Ministerial

Duties. Petitioner's First, Fifth, and Fourteenth Amendment  of the United States Constitution,

and  Access to Court are Currently being truncated. The Respondent has created a barrier

To Petitioner's Access to Court with Unequal Treatment solely because Petitioners are

Proceeding Pro se, and In forma pauperis.

(1)

Where Respondent's have refused early screening of Petitioner's In forma pauperis

Affidavits, thereby negating their Complaint and Temporary Restraining Order being

Held in suspended animation.


## STATEMENT OF THE CASE:

On May 03, 2021, Petitioners filed their Complaint and Request for Injunction in the

United States District Court for the Eastern District of Arkansas, Central Division,

Case NO. 4:21-CV-352-DPM.

  The Complaint involves The arbitrary evisceration of HUD subsidies by Hud's Regional

Manager, Wanda Meritt, The Corporation, d/b/a, Envolve Management, and Constructive

 Eviction, as Retaliation And Extortion Attempts During the Covid-19 Pandemic. No Due

 Process were given to Jewellean Moore, and Arthur Carson, as Required by Hud's Regulations

 prior to Any of Hud's subsidy termination. Petitioner Moore, required special accommodations

Due to Her Medical Disabilities, e.g.," Dyslexia, End Stage Kidney Disease, Hypertension."

Petitioner's Complaint further alleged the Constructive Eviction were reprisals for complaints

Made against the Landlord regarding Housing Conditions, and a Settlement agreement against

The Landlord, ( Carson V. LEDIC Management, ˙ now called the Corporation), NO.60-CV-19-

3872, Circuit Court of Pulaski County, Arkansas. Such Retaliation Violated 24 C.F.R. 100.400.

No auxiliary Aid to effectively communicate with the Petitioners regarding their Housing

Or Legal Assistance, or opportunity to challenge the whimsical manner Petitioners were

(2)

Evicted,  despite The Center For Disease Moratorium on Evictions.Both Petitioners are Disabled

Seniors, whom Right to Fair Housing  were Nothing more than a meaningless Gesture,

contrary to the Fair Housing Act and Hud's Section 202 Program, and 12 U.S.C. 1701; the

Due process Requirements long ago established before termination of Hud's benefits,

Goldberg V. Kelly, 397 U.S.254(1970), 42 U.S.C. 2000(d), accord; 24 C.F.R. 247.4.


## REASON WHY THE WRIT SHOULD BE GRANTED:


Judges have a ministerial duty to decide matters assigned to their Court. In the

Case at hand, the Court have abused its discretion by overtly refusing to Rule on

Petitioner's In forma Pauperis affidavits. This is tantamount to denying Access to

Court. In forma pauperis Complainant's should receive the same procedural protection

Afforded non-indigent Plaintiff, McTeague V. Sosnowski, 617 F.2d. 1016, 1019(3rd-

Cir.1980), the Court must ensure legitimate Complaints are not Barred in the process,

Horsey V. Asher, 741 F.2d.209, 212 (8th Cir.1984).

 It is only because Petitioner's are Proceeding Pro Se their Complaint, and Affidavit of

Poverty has been stymied, from a  Ministerial screening process that should be conducted

At the " Earliest Opportunity, and soon as Practicable".

  There exists the appearance of a lack of Impartiality or Partiality,  French V. Jones, 876 F.3d.-

1228, 1237(9th Cir. 2017), Cert. denied, 1385 S. Ct. 1598(2018), Holding that "It is an

Interest in both actual and perceived Judicial impartiality" is a "genuine and compelling

Interest".

(3)

The Respondent's inactions, have impeded Appellate Court's Jurisdiction, as pursuant to;

Frankel V. Woodrough, 7 F.2d. 796( C.C.A. 8th Cir.), " Where a Trial Court's refuses

Without proper cause to try an action pending therein, Appellate Jurisdiction cannot

Become operative and effective until a final order, judgment, or decree is entered.

Therefore, in such instance, the Jurisdiction to issue original writs in aid of the

Appellate Jurisdiction exists", McClellan V. Carland, 217 U.S. 268, 279, 30 S.Ct.

501, 54 L.Ed. 762; Schendel V. McGee, 300 F. 273, 277(8th Cir. C.C.A)

 WHEREFORE, PETITIONERS PRAY This Petition is Granted.

RESPECTFULLY SUBMITTED

*Jewellean Moore*                    DATED: 7/08/2021
JEWELLEAN MOORE

*Arthur Carson* .
ARTHUR CARSON

(4)

CERTIFICATE OF SERVICE:

We, Petitioners, Jewellean Moore, and Arthur Carson, states:

That a Copy of the foregoing Writ of Mandamus, is hereby  Mailed to:

Hon. D.P. Marshall, 600 W. Capitol Ave., RM B149, Little Rock, AR 72201.,

This 8th day of July, 2021, by United States Mail.

We Swear the foregoing statements are true and correct.

Jewellean Moore
11401 Mesa DR #D232
Little Rock, AR 72211

Arthur Carson
11401 Mesa DR #D232
Little Rock, AR 72211

(5)

# Moore et al v. Meritt et al

**Arkansas Eastern District Court**

| | |
|---|---|
| **Judge:** | D P Marshall Jr |
| **Case #:** | 4:21-cv-00352 |
| **Nature of Suit** | 440 Civil Rights - Other Civil Rights |
| **Cause** | 28:1331 Federal Question: Other Civil Rights |
| **Case Filed:** | May 03, 2021 |

Docket    Parties (6)

Last checked: **Thursday Jun 17, 2021 3:50 AM CDT**

**Defendant**
Doe

**Defendant**
Envolve Management Co

**Defendant**
Termeka L Hubbard

**Defendant**
Wanda C Meritt

**Plaintiff**
Arthur Carson
11401 Mesa Drive #D-232
Little Rock, AR 72211

**Plaintiff**
Jewellean Moore
11401 Mesa Drive, #D-232
Little Rock, AR 72211

**Docket last updated: 07/05/2021 11:59 PM CDT**

**Monday, May 03, 2021**

APPENDIX #1



3 | cmp | Complaint | Mon 05/03 11:04 AM
COMPLAINT AND REQUEST FOR INJUNCTION against All Defendants filed by Jewellean Moore and Arthur Carson. (llg)

2 | motion | Proceed In Forma Pauperis | Mon 05/03 11:02 AM
MOTION for Leave to Proceed in forma pauperis by Arthur Carson. (llg)

1 | motion | Proceed In Forma Pauperis | Mon 05/03 11:01 AM
MOTION for Leave to Proceed in forma pauperis by Jewellean Moore. (llg)

Continue to Create Account

Privacy • Terms • About
PacerMonitor, LLC © 2019.

7/08/21


Jewellean Moore
11401 Mesa DR #D-232
Little Rock, AR 72211
(501-247-9150)


CLERK, UNITED STATES COURT OF APPEALS
EIGHTH CIRCUIT


Re: Mandamus from the
United States District Court Eastern District
Case NO.4-21-cv-352-DPM


Clerk:

Would You Please file the foregoing two Applications to Proceed, and Writ of Mandamus,
Thank You In Advance,

Jewellean Moore
Arthur Carson
(501-240-3437)


Cc: Hon.D.P. Marshall


RECEIVED

JUL 1 3 2021

U.S. COURT OF APPEALS
EIGHTH CIRCUIT



CLERK
UNITED STATES COURT OF APPEALS
111 South 10th St. Rm. 24.39
St. Louis, MO. 63102

J. Moore
11401 Mesa Dr. #D232
Little Rock, AR 7220

Appellate Case: 21-2535    Page: 1    Date Filed: 07/13/2021 Entry ID: 5054393

**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 13, 2021

Honorable D. Price Marshall
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
B149
500 W. Capitol Avenue
Little Rock, AR  72201

     RE:  21-2535  In re: Jewellean Moore, et al

Dear Judge:

     Enclosed is a copy of a pro se petition for a writ which the named petitioners has filed against you. Please provide a response to the petition at your earliest convenience. The court asks that you serve a copy of your response on the petitioners so that petitioners are aware of the response and can file a reply, if desired. By copy of this letter, petitioners are notified that any reply to your response must be filed with this office within seven days of receipt of the response.

     Thank you for your cooperation in this matter. No action will be taken on the writ petition until this office receives your response.

     Michael E. Gans
     Clerk of Court

CMH

Enclosure(s)

cc:    Mr. Arthur Carson
      Ms. Tammy H. Downs
      Ms. Jewellean Moore

     District Court/Agency Case Number(s):  4:21-cv-00352-DPM

**Caption For Case Number:  21-2535**

In re: Jewellean Moore; Arthur Carson

    Petitioners

**Addresses For Case Participants:   21-2535**

Honorable D. Price Marshall
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
B149
500 W. Capitol Avenue
Little Rock, AR  72201

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR  72211

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR  72211

21-2535  In re: Jewellean Moore, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/13/2021

**Case Name:**    In re: Jewellean Moore, et al
**Case Number:**  21-2535

**Docket Text:**
PETITION for Writ of Mandamus (Rec'd by MAIL) filed by Petitioners Mr. Arthur Carson and Ms. Jewellean Moore w/service 07/13/2021. **RESPONSE to the petition DUE ON 07/27/2021.** [5054393] [21-2535]

**The following document(s) are associated with this transaction:**
Document Description:  Mandamus Petition
Document Description:  Cover letter
Document Description:  Envelope

**Notice will be mailed to:**

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR  72211

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR  72211

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs: ared_appeals@ared.uscourts.gov
Honorable D. Price Marshall: Price_Marshall@ared.uscourts.gov,
Sherri_Black@ared.uscourts.gov,Chelsea_Wilson@ared.uscourts.gov,
Clayton_Jackson@ared.uscourts.gov, Jared_Lax@ared.uscourts.gov

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, July 13, 2021 4:19 PM |
| **Subject:** | 21-2535 In re: Jewellean Moore, et al "Petition Filed for writ of mandamus" (4:21-cv-00352-DPM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/13/2021

| | |
|---|---|
| **Case Name:** | In re: Jewellean Moore, et al |
| **Case Number:** | 21-2535 |
| **Document(s):** | Document(s) |

**Docket Text:**
PETITION for Writ of Mandamus (Rec'd by MAIL) filed by Petitioners Mr. Arthur Carson and Ms. Jewellean Moore w/service 07/13/2021. **RESPONSE to the petition DUE ON 07/27/2021.** [5054393] [21-2535] (Crystal Henderson)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable D. Price Marshall, Chief District Judge: Price_Marshall@ared.uscourts.gov, Sherri_Black@ared.uscourts.gov, Chelsea_Wilson@ared.uscourts.gov, Clayton_Jackson@ared.uscourts.gov, Jared_Lax@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR 72211

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR 72211

The following document(s) are associated with this transaction:
**Document Description:** Writ Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_212535_5054393_WritDocketingLetters_209.pdf

Electronic Document Stamp:
[STAMP acecfStamp_ID=1105112566 [Date=07/13/2021] [FileNumber=5054393-5]
[4be16c15a9f9356592cb8c829c2306495601454c156673b79dc4312a8d00dd340ca75b3432a96b1a3f5babfba9295bb439
90c3b41b6f07fddf00305f4cefa691]]

**Recipients:**

- Mr. Arthur Carson
- Ms. Tammy H. Downs, Clerk of Court
- Honorable D. Price Marshall, Chief District Judge
- Ms. Jewellean Moore

**Document Description:** Mandamus Petition
**Original Filename:** Mandamus.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/13/2021] [FileNumber=5054393-0]
[166c4ece1db330df14d6ced8e4eba7858eeea335f1481aac9c5298c5aa25c68869421fa192202fad6b3f9be9adf9676140c9
863c077ff19e379548e95f8bbe80]]

**Document Description:** Cover letter
**Original Filename:** Cover Page.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/13/2021] [FileNumber=5054393-1]
[150939a088d05b21e2b68069ab8adf03053d4ba22578d833d7c2c90c6fb70a44d468f1b37ac9bfcae9437bd32a6b70198c
7883c7515f2d895f3f0d7d934bc9c1]]

**Document Description:** Envelope
**Original Filename:** Envelope.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/13/2021] [FileNumber=5054393-2]
[8516d9ff666fde252fbab8918ebbdb1477c470a02280937883386fd66932519676a71aaefce85aec2b5ff4c4811902b2a3bd
4727b8be363732100a5572a2de52]]

**Document Description:** Letter To DC Judge
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_212535_5054393_LetterToDCJudge_133.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/13/2021] [FileNumber=5054393-3]
[5d8ffdf57fa342b7d8bebd9e85809c285a999b1576dff603ef17c5c0fcce9486802e69565c90f16d5406d406e1b4f41d1ddf7
504489f30a96d1ab1e73c9cdbed]]

**Recipients:**

- Mr. Arthur Carson
- Ms. Tammy H. Downs, Clerk of Court
- Honorable D. Price Marshall, Chief District Judge
- Ms. Jewellean Moore

**Document Description:** ProSe NDA
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_212535_5054393_ProSeNDA_481.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/13/2021] [FileNumber=5054393-4]
[762f67230eb4420a57279db607ffec0c3ff82ef02839432aa1967fdd7e609a6cd98709548c14f1a5065d5a52920298e036fb
25d4421ba4f03128309b525e3bad]]
**Recipients:**

- Mr. Arthur Carson
- Ms. Tammy H. Downs, Clerk of Court
- Honorable D. Price Marshall, Chief District Judge
- Ms. Jewellean Moore

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5054393
**RELIEF(S) DOCKETED:**
   for writ of mandamus
**DOCKET PART(S) ADDED:** 6806951, 6806952