# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  21-2535

_____

In re: Jewellean Moore; Arthur Carson

Petitioners

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00352-DPM)

## JUDGMENT

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.


Petition for writ of Jewellean Moore and Arthur Carson has been considered by the court
and is denied as moot. The motions to proceed on appeal in forma pauperis are denied as moot.
Mandate shall issue forthwith.

July 22, 2021




Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 22, 2021

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR  72211

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR  72211

RE:  21-2535  In re: Jewellean Moore, et al

Dear Mr. Carson and Ms. Moore:

Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

MVP

Enclosure(s)

cc:     Ms. Tammy H. Downs

District Court/Agency Case Number(s):   4:21-cv-00352-DPM

## Abigail Temple

**From:** ca08ml_cmecf_Notify@ca8.uscourts.gov
**Sent:** Thursday, July 22, 2021 10:14 AM
**Subject:** 21-2535 In re: Jewellean Moore, et al "judgment filed denying for writ of mandamus" (4:21-cv-00352-DPM)

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/22/2021

**Case Name:**    In re: Jewellean Moore, et al
**Case Number:**    21-2535
**Document(s):**    Document(s)

**Docket Text:**
**JUDGMENT FILED -** Petition for writ of mandamus filed by Petitioners Mr. Arthur Carson and Ms. Jewellean Moore is DENIED as moot [5054393-2]. The motions to proceed on appeal in forma pauperis are denied as moot [5054444-2] [5054439-2]. Mandate shall issue forthwith. STEVEN M. COLLOTON, JANE KELLY and L. STEVEN GRASZ Adp July 2021 [5057526] [21-2535] (Megan Polley)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR 72211

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR 72211

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter

**Original Filename:** /opt/ACECF/live/forms/MeganPolley_212535_5057526_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/22/2021] [FileNumber=5057526-0]
[5746eac3d1eeddba9f8f7dad720b1cb85b2a02fd1f1d98bc7a43bcbf95bc81829c453140364c53187b46ae6cf32a99d4b91
b618df3d58cd6c4953ab65add57ca]]
**Recipients:**

- Mr. Arthur Carson
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Jewellean Moore


**Document Description:** Judgment
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_212535_5057526_JudgmentsForWrits_493.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/22/2021] [FileNumber=5057526-1]
[2dbab1c613f373328a2d1440356a57125fe54661a1a75a0abedce60fa3f417a5a983a496252ce02d300f0b6aa370b808234
f66f1b370a698226c54d3450f5a65]]
**Recipients:**

- Mr. Arthur Carson
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Jewellean Moore


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5057526
**RELIEF(S) DOCKETED:**
  for writ of mandamus
  to proceed on appeal in forma pauperis
  to proceed on appeal in forma pauperis
  denied -
**DOCKET PART(S) ADDED:** 6812974, 6806952, 6807043, 6807034, 6812975, 6812976