# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2535

In re: Jewellean Moore and Arthur Carson

Petitioners

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00352-DPM)

---

## MANDATE

In accordance with the judgment of 07/22/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 22, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, July 22, 2021 10:18 AM |
| **Subject:** | 21-2535 In re: Jewellean Moore, et al "Mandate Issued" (4:21-cv-00352-DPM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/22/2021

**Case Name:** In re: Jewellean Moore, et al
**Case Number:** 21-2535
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5057536] [21-2535] (Megan Polley)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable D. Price Marshall, Chief District Judge: Price_Marshall@ared.uscourts.gov, Sherri_Black@ared.uscourts.gov, Chelsea_Wilson@ared.uscourts.gov, Clayton_Jackson@ared.uscourts.gov, Jared_Lax@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR 72211

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR 72211

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/MeganPolley_212535_5057536_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**

1

[STAMP acecfStamp_ID=1105112566 [Date=07/22/2021] [FileNumber=5057536-0]
[84c875b780bcf3c80dae4e4aced7aa63e9b0682728d1c071c98ad11b4c79c0ed5248b698103a923410166a1523bf462f556afc5feec7c4a7c56bf0c40c2988bb]]

**Recipients:**

- Mr. Arthur Carson
- Ms. Tammy H. Downs, Clerk of Court
- Honorable D. Price Marshall, Chief District Judge
- Ms. Jewellean Moore

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5057536
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6812996