IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEWELLEAN MOORE
ARTHUR CARSON                                                                           PLAINTIFFS

v.                              No. 4:21-cv-352-DPM

WANDA C. MERRITT, Regional
Director-HUD; TERMEKA L. HUBBARD,
Manager of the Cottage Apt.; and ENVOLVE
MANAGEMENT CO.                                                                          DEFENDANTS

JUDGMENT

The amended complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2021