IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 23 2021

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

JEWELLEAN MOORE
ARTHUR CARSON

V.                          CASE NO.4:21-CV-352-DPM

WANDA C. MERRITT, ET AL.,

PLAINTIFF'S NOTICE OF APPEAL

Comes Now The Plaintiff's, Jewellean Moore, and Arthur Carson, pursuant to This Court Order of August 16, 2021, Dismissing their Complaint, brings this Their Notice of Appeal, To proceed to the Eighth Circuit Court of Appeals In forma Pauperis.

*Jewellean Moore*
Jewellean Moore
11401 Mesa DR #D 232
Little Rock, AR 72211
(501-247-9150)

*Arthur Carson*
Arthur Carson
11401 Mesa DR # D 232
Little Rock, AR 72211
(501-240-3437)

(Solo-Pg)

J. moone; AND
CARSON
11401 MESA DR. #D232
Little Rock, AR 72211

LITTLE ROCK AR 720
20 AUG 2021 PM 3 L

(APPEAL)

U.S. District Court Clerk
600 W. Capitol Ave #A149
Little Rock, AR 72201

72201-33919


FOREVER / USA